UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL CALHOUN and BARBARA CALHOUN,

    Plaintiffs,

v.                                      No. 1:16-cv-00199-JCH/KBM

MID-CONTINENT CASUALTY COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' *Joint Motion to Dismiss with Prejudice*, by and through their respective counsel of record, and the Court having read the *Joint Motion for Dismissal with Prejudice*, and having reviewed this Stipulated Order presented by the parties for the Court's approval, and otherwise being fully advised in the premises, **FINDS** that the *Joint Motion for Dismissal with Prejudice* is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the *Complaint for Breach of Contract, Bad Faith, Unfair Claims Practices, and Unfair Trade Practices, filed by* the Plaintiff against Defendants, Mid-Continent Casualty Company, and all causes of action that were or that could have been brought therein, are hereby dismissed with prejudice.

It is additionally **ORDERED** that each party shall bear his/her/its own attorneys' fees and costs.

*[signature]*
HONORABLE JUDITH C. HERRERA
U.S. District Court Judge

SUBMITTED BY:

CIVEROLO, GRALOW & HILL, P.A.


      s/ by  Lawrence Hill 12/05/16 @ 4:45
    Lawrence H. Hill
    Megan D. Hill
    *Attorneys for Defendant Mid-Continent Casualty Company*
    P.O. Drawer 887
    Albuquerque, New Mexico  87103-0887
    (505) 842-8255
    hilll@civerolo.com
    hillm@civerolo.com

APPROVED BY:

OFFICE OF DAVID M. HOULISTON


      Approved via email on 12.06.16 @ 8:43 a.m.
    David M. Houliston
    *Attorney for Plaintiffs Paul and Barbara Calhoun*
    500 Tijeras NW
    Albuquerque, NM  87102
    (505) 247-1223
    (505) 214-5204 (Fax)
    david@houlistonlaw.com